IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02694-BNB

ANDRE J. TWITTY,

    Plaintiff,

v.

RONNIE WILEY, Warden - U.S.P. MAX,
M. CRUZ, Assoc. Warden - U.S.P. MAX,
K. REAR, Executive Asst. U.S.P. MAX,
M. COLLINS, Unit Mgr. U.S.P. MAX,
V. EUDLOW, Case Mgr. U.S.P. MAX,
M. MADISON, Counselor, U.S.P. MAX,
NFN, HAYGOOD, Counselor, U.S.P. MAX, and
R. MARTY, Mail Room Clerk, all in the individual capacities,

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Andre J. Twitty, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He initiated the instant action by submitting *pro se* a complaint and an application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) titled "Motion Memorandum in Support for Leave to Proceed In Forma Pauperis, Brief in Support."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient. Notwithstanding the deficiencies, on December 27, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action. Mr. Twitty was directed to cure certain

enumerated deficiencies within thirty days if he wished to pursue his claims. Specifically, he was directed to submit a certified account statement for the six-month period immediately preceding this filing. He also was directed to submit an *in forma pauperis* motion on the proper, Court-approved form for a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In addition, he was ordered to show cause within thirty days why he should not be denied leave to proceed pursuant to § 1915(g) because he had initiated more than three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim.

The December 27, 2007, order warned Mr. Twitty that if he failed within the time allowed to cure the designated deficiencies and to show cause as directed, the complaint and the action would be dismissed without further notice. Mr. Twitty has failed within the time allowed to cure the designated deficiencies, to show cause as directed, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for Mr. Twitty's failure within the time allowed to cure, to show cause as directed, and to prosecute. It is

FURTHER ORDERED that leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02694-BNB

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  2/8/8

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk